GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant U. S. Attorney
California Bar No. 187176
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    sharla.cerra@usdoj.gov

Attorneys for Defendant Astrue

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LATITIA EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. **CV 01-03759 JTL**<br><br>[~~Proposed~~]<br>**ORDER REOPENING CASE** |

The Court hereby approves the parties stipulation to reopen the case following a remand under sentence 6 of the 42 U.S.C. § 405(b) for the purpose of entering a dismissal of the case and IT IS THEREFORE HEREBY ORDERED that this case is reopened and dismissed without prejudice, with each party to bear his own costs and fees, including attorney fees.

DATE:

                                                  _____
                                                JENNIFER T. LUM
                                                United States Magistrate Judge